**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CR313** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **MATTHEW J. CAMPBELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the stipulation of the parties regarding the forensic examination of digital evidence pursuant to 18 U.S.C. § 3509(m) (Filing No. 34). The stipulation is approved.

**IT IS ORDERED as pertaining to the above-captioned case:**

A.      The computer forensic examination of the hard drive may be conducted at the FBI Cybercrimes Task Force in Omaha, Nebraska, during regular business hours Monday through Friday from 8:00 a.m. to 5:00 p.m. (CST). The parties may readdress the Court if there is need for after-hours access during the course of litigation in the event trial or motion hearings require additional forensic review. FBI Cybercrimes Task Force will provide a room with access to a printer for the examination. The defense team will provide a computer already equipped with forensic software able to review Encase forensic files ("examination computer").

B.      A case agent/forensic analyst for the government may remain in the examination room but may not monitor work being done by the defense expert.

C.      The defense team shall not make, nor permit to be made, any copies of the alleged child pornography contraband pursuant to this stipulation and order and shall not remove any contraband images from the government facility. Defense expert shall be allowed to copy any file that is not contraband and compile a report (without contraband images/videos) documenting the examination on removable media at the discretion of the defense expert. Defense expert may bring a CD/DVD burner and disks and/or a removable drive (e.g., external USB or flash drive) for this purpose. The defense expert shall permit the

case agent/forensic analyst to verify that all data copied from the hard drive does not contain contraband.

   D.      The examination computer used by the defense expert to review and inspect the hard drive shall not be connected to a network, including the internet.

   E.      The defense expert shall permit the internal hard drive from his examination computer to be forensically cleaned (wiped) before its removal from FBI Cybercrimes Task Force.

   F.      If, during the examination, the defense team needs to confer, access to a separate and private room, equipped with a telephone, will be provided.


   DATED this 22nd day of December, 2010.


                                        BY THE COURT:


                                        s/Thomas D. Thalken
                                        United States Magistrate Judge